## PATRICIA ANGIOLILLO ET AL. *v.* WILMA CORRIS ET AL. (11772)

DUPONT, C. J., FOTI and FREEDMAN, Js.

Argued October 29—decision released November 23, 1993

*James H. Lee,* for the appellant (named defendant).

*Wilfred J. Rodie, Jr.,* for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.

## DONNA M. JOYCE *v.* CONNECTICUT BAR EXAMINING COMMITTEE (11890)

DUPONT, C. J., LAVERY and HEIMAN, Js.

Argued October 28—decision released November 23, 1993

*Donna M. Joyce,* pro se, the appellant (petitioner).

*Carolyn K. Querijero,* assistant attorney general, with whom, on the brief, was *Richard Blumenthal,* attorney general, for the appellee (respondent).

PER CURIAM. The judgment is affirmed.